JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO LOPEZ, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>HOMEBRIDGE FINANCIAL SERVICES, INC.; CENLAR FSB; NATIONAL DEFAULT SERVICING CORPORATION; and DOES 1 THROUGH 10, INCLUSIVE,<br><br>                    Defendants. | Case No.: CV 20-2604-DMG (AFMx)<br><br>**ORDER ON THE JOINT STIPULATION RE DISMISSAL OF COMPLAINT AS TO DEFENDANTS HOMEBRIDGE FINANCIAL SERVICES, INC. AND CENLAR FSB WITHOUT PREJUDICE [12]** |

Pursuant to the Joint Stipulation by and between counsel for Plaintiff Pablo Lopez ("Plaintiff") and counsel for Defendants Homebridge Financial Services, Inc. and Cenlar FSB ("Defendants") (collectively, the "Parties"), wherein the Parties agree to dismiss the Complaint against Defendants without prejudice,

IT IS HEREBY ORDERED that Defendants Homebridge Financial Services, Inc. and Cenlar FSB are dismissed from this action without prejudice and the above-captioned action therefore is dismissed without prejudice in its entirety.

DATED:  May 20, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ON THE JOINT STIPUALTION RE DISMISSAL OF COMPLAINT AS TO DEFENDANTS HOMEBRIDGE FINANCIAL SERVICES, INC. AND CENLAR FSB WITHOUT PREJUDICE
73617667.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 18, 2020, the foregoing document was electronically filed with the Clerk of the Court for the United States District Court, Central District of California, using the Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice of this document by electronic means.

Dated: May 18, 2020                         RODRIGUEZ LAW GROUP

By: */s/ Patricia Rodriguez*

[PROPOSED] ORDER ON THE JOINT STIPUALTION RE DISMISSAL OF COMPLAINT AS TO DEFENDANTS HOMEBRIDGE FINANCIAL SERVICES, INC. AND CENLAR FSB WITHOUT PREJUDICE
73617667.1